1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQUEL E. VELASQUEZ,<br><br>               Plaintiff,<br><br>     v.<br><br>CALIBER HOME LOANS, INC.; and<br>DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No. 2:15-CV-05078-ODW-Ex<br><br>[~~PROPOSED~~] **[PROPOSED] JUDGMENT**<br><br>Courtroom:  11<br>Judge:      Hon. Otis D. Wright, II |

[PROPOSED] JUDGMENT

1    Following this Court's December 8, 2015 Order granting Defendant

2    CALIBER HOME LOANS, INC.'S ("Caliber" or "Defendant") Motion to Dismiss

3    the Complaint of Plaintiff RAQUEL E. VELASQUEZ ("Plaintiff"), the Court

4    hereby enters judgment as follows:

5        IT IS HEREBY ORDERED AND ADJUDGED that:

6        1.    Caliber is dismissed from the action with prejudice.

7        2.    Judgment is entered in favor of Caliber and against Plaintiff.

8        3.    Plaintiff shall take nothing as against Caliber.

9

10

11    IT IS SO ORDERED.

12

13    DATED:  February 12, 2016    By: _____

14                                      Hon. Otis D. Wright, II
                                        United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28